IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-CR-89 |
| Plaintiff, | **INDICTMENT** |
| vs. | Counts 1-2 |
| TONY EUGENE DOOLIN, | 21 U.S.C. § 841(a)(1): Distribution of a Controlled Substance |
| Defendant. | |

The Grand Jury charges:

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 11/16/2016
ROBERT L. PHELPS, CLERK

## Count 1

### Distribution of a Controlled Substance

On or about May 13, 2016, in the Northern District of Iowa, defendant TONY EUGENE DOOLIN did knowingly and intentionally distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## Count 2

### Distribution of a Controlled Substance

On or about June 29, 2016, in the Northern District of Iowa, defendant TONY EUGENE DOOLIN did knowingly and intentionally distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

A TRUE BILL

s/

_____  16Nov16
Grand Jury Foreperson   Date

KEVIN W. TECHAU
United States Attorney

By: *[signature]*

JUSTIN LIGHTFOOT
Assistant United States Attorney